UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD CARL BROWN<br><br>　　　　　Defendant. | Case No. 2:12-CR-0097-RCJ-VCF<br><br>ORDER<br><br>Date: February 12, 2013 |

**PRESENT:**
**THE HONORABLE ROBERT C. JONES, CHIEF UNITED STATES DISTRICT JUDGE**

**Deputy Clerk:** Lesa Ettinger　　　　**Reporter:** Margaret Griener

**Counsel for Plaintiff:**　Amber Craig and Roger Yang

**Counsel for Defendant:**　Mario Fenu and Brian Newman

MINUTE ORDER IN CHAMBERS:

Presently before the Court are the following motions:

[ECF #74]　　Defendant's Ex Parte Application for Permission to File Motion Out of Time; and

[ECF #75]　　Defendant's Motion to Suppress and Request for Franks Hearing.

**IT IS HEREBY ORDERED** that motion [ECF #74] is **denied as moot** and motion [ECF #75] is **denied**.

**IT IS SO ORDERED.**

Dated this 12th day of February, 2013.

_____
ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE