```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

          FEB 1 5 2013

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
|     v.          ) | 2:12-CR-097-RCJ-(VCF) |
| RICHARD CARL BROWN, ) | |
|         Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 14, 2013, defendant RICHARD CARL BROWN was found guilty of Counts One through Four of a Four-Count Criminal Indictment charging him in Count One with Advertising Child Pornography in violation of Title 18, United States Code, Section 2251(d)(1)(A); in Count Two with Transporting Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(1); in Count Three with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2); and in Count Four with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Criminal Indictment, ECF No. 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Amended Bill of Particulars and the offenses to which defendant RICHARD CARL BROWN was found guilty. Criminal Indictment, ECF No. 1; Amended Bill of Particulars, ECF No. 34.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

1. Silver Cooler Master PC Tower (serial # unknown);
2. Mass Cool Hard Drive Enclosure containing a 1.5 TB Western Digital hard drive (serial #WCAVU0305751);
3. Black Cooler Master Computer PC Tower (Serial No. 921001V600603);
4. Mass Cool Hard Drive Enclosure (UHB-360US); and
5. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RICHARD CARL BROWN in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 15TH day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE