UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD CARL BROWN, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:12-cr-097-RCJ-VCF <br><br><br> **ORDER** |

On June 19, 2013, the Court granted Brian A. Newman, Esq.'s oral motion to withdraw as counsel of record and ordered CJA counsel appointed. Therefore;

IT IS HEREBY ORDERED that the Federal Public defender is appointed as counsel for Richard Carl Brown in place of Brian A. Newman, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Newman shall forward the file to the Federal Public Defender forthwith.

DATED this _12_ day of July, 2013.

Nunc Pro Tunc Date: June 20, 2013.

_____
ROBERT C. JONES
Chief United States District Judge