**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RICHARD CARL BROWN,<br><br>                    Defendant. | **2:12-cr-097-GMN-VCF**<br><br><u>PETITION FOR *WRIT OF HABEAS CORPUS AD PROSEQUENDUM* FOR RICHARD CARL BROWN (inmate # 46686-048)</u> |

Upon reading the Petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a *Writ of Habeas Corpus Ad Prosequendum* issue out of this Court, directing the production of the body of the said RICHARD CARL BROWN to the Lloyd D. George Federal Courthouse, via the custody of the United States Marshal for the District of Nevada, 333 South Las Vegas, Nevada 89101, before July 22, 2015, for his detention hearing before the Honorable Magistrate Judge V. Cam Ferenbach on July 22, 2015.

Dated this __10th__ day of __July__, 2015.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RICHARD CARL BROWN,<br><br>　　　　　　　Defendant. | 2:12-cr-097-GMN-VCF<br><br>PETITION FOR *WRIT OF HABEAS CORPUS AD PROSEQUENDUM* FOR RICHARD CARL BROWN (inmate # 46686-048) |

　　　　The Petition of the United States Attorney for the District of Nevada respectfully shows that RICHARD CARL BROWN is committed by due process of law to the custody of the Federal Bureau of Prisons, Big Spring FCI, 1900 Simler Avenue, Big Spring, TX, 79720.  It is necessary that said RICHARD CARL BROWN be released to the custody of the United States Marshal for the District of Nevada, 333. South Las Vegas Boulevard, Las Vegas, Nevada 89101, before July 22, 2015, so that he may appear for a detention hearing before the Honorable Magistrate Judge V. Cam Ferenbach.

　　　　That the presence of the said RICHARD CARL BROWN at the United States Marshal for the District of Nevada, 333. South Las Vegas Boulevard, Las Vegas, Nevada 89101, on July 22, 2015, has been approved by the Honorable Chief Judge Gloria Navarro for the District of Nevada.

　　　　WHEREFORE, Petitioner respectfully prays that a *Writ of Habeas Corpus Ad Prosequendum* issue out of this Court, directed to the Federal Bureau of Prisons, Big Spring FCI,

1900 Simler Avenue, Big Spring, TX, 79720, and the United States Marshal for the District of Nevada, commanding them to produce the said RICHARD CARL BROWN to the United States Marshal for the District of Nevada, 333 South Las Vegas Boulevard, Las Vegas, Nevada 89101, before July 22, 2015.

DATED this 9th day of July, 2015.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Amber M. Craig
AMBER M. CRAIG
Assistant United States Attorney