# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>RICHARD CARL BROWN,<br><br>   Defendant. | 2:12-cr-00097-GMN-VCF<br><br>**ORDER** |

Before the Court is the Motion to Modify Conditions of Release (ECF No. 189).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Modify Conditions of Release (ECF No. 189) must be filed on or before April 10, 2018. No reply required.

DATED this 3rd day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE