RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Richard Carl Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>RICHARD CARL BROWN,<br><br>          Defendant. | Case No. 2:12-cr-097-GMN-VCF<br><br>**STIPULATION TO RELEASE A COPY OF THE TRIAL EXHIBITS** (First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Richard Carl Brown, that a copy of the trial exhibits be released. These exhibits will be released to Assistant United States Attorney Elham Roohani. The government will then make a copy of all the exhibits available to defense counsel, except for the exhibits containing child pornography (exhibits 8, 9, 13, 14 &15).

    DATED this May 3, 2018

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE,<br>Acting United States Attorney |
| By */s/ Rebecca A. Levy*<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | By */s/ Elham Roohani*           .<br>ELHAM ROOHANI<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD CARL BROWN,<br><br>    Defendant. | Case No. 2:12-cr-097-GMN-VCF<br><br>**ORDER** |

## **ORDER**

**IT IS THEREFORE ORDERED** that a copy of the trial documents be released. These exhibits will be released to Assistant United States Attorney Elham Roohani. The government will then make a copy of all the exhibits available to defense counsel, except for the exhibits containing child pornography (exhibits 8, 9, 13, 14 &15).

**DATED** this ___4___ day of May, 2018.

Gloria M. Navarro, Chief Judge
United States District Court

3