FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 13 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-097-GMN-(VCF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| RICHARD CARL BROWN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by defendant Richard Carl Brown to the criminal offenses, forfeiting the property set forth in the Plea Agreement, the Second Amended Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Richard Carl Brown pled guilty. Criminal Indictment, ECF No. 1; Second Amended Bill of Particulars, ECF No. 195; Change of Plea, ECF No. 204; Plea Agreement, ECF No. 206; Preliminary Order of Forfeiture, ECF No. 207.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from June 1, 2018, through June 30, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 208.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Silver Cooler Master PC Tower with unknown serial number;
2. Mass Cool Hard Drive Enclosure containing a 1.5 TB Western Digital hard drive bearing serial number WCAVU0305751;
3. Black Cooler Master Computer PC Tower bearing serial number 921001V600603; and
4. Mass Cool Hard Drive Enclosure bearing serial number UHB-360US

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

///
///

2

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
2 | of this Order to all counsel of record.
3 | DATED this 13 day of Sept, 2018.

_____
UNITED STATES DISTRICT JUDGE